**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAWRENCE A. SCHULER, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 1:11-cv-02484-KMW |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | |
| NIVS INTELLIMEDIA TECHNOLOGY GROUP, INC., TIANFU LI, SIMON ZHANG, ALEXANDER CHEN, KWOK FU WONG, RUXIANG NIU, MINGHUI ZHANG, GENGQIANG YANG, CHARLES MO, RODMAN & RENSHAW LLC, WESTPARK CAPITAL, INC., and MALONEBAILEY, LLP, ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION,
APPROVAL OF PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES
AND EXPENSES AND LEAD PLAINTIFF'S REPRESENTATIVE REIMBURSEMENT**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 19, 2015 at 11:00 a.m., in the Courtroom of the Honorable Kimba M. Wood, Judge of the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, Courtroom 18B, 500 Pearl Street, New York, NY 100007-1312, Lead Plaintiff Allan Lyons ("Lead Plaintiff") and Plaintiffs Henry C. Beinstein and Michael A. Short (collectively with Lead Plaintiff, "Plaintiffs") will and hereby respectfully move the Court to enter a judgment and order (1) granting final approval of the Settlement of this litigation; (2) granting class certification for settlement purposes; (3) approving the Plan of Allocation of settlement proceeds and the sufficiency of Notice; and (4) awarding Lead Plaintiff's Counsel's attorneys' fees and expenses and approving Lead Plaintiff's Representative Reimbursement. This motion is based upon the accompanying Memorandum of Law, the declarations filed in support thereof, the Stipulation of Settlement dated April 22, 2014 and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this motion.

| | |
|---|---|
| Dated: February 26, 2015 | **LAW OFFICES OF CURTIS V. TRINKO, LLP** |
| | By: */s/ Curtis V. Trinko* |
| | Curtis V. Trinko (CT-1838)<br>Jennifer Traystman (JT-7583)<br>C. William Margrabe (CM-7734)<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Tel: (212) 490-9550<br>Fax: (212) 986-0158<br>Email: Ctrinko@trinko.com |
| | *Liaison Counsel for Plaintiffs* |

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
Brandon T. Grzandziel
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the February 26, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                       */s/ Curtis V. Trinko*
                                       Curtis V. Trinko